3657 REALTY CO., LLC, Respondent, v IDA MAE JONES, Appellant.

Submitted September 22, 2008; decided October 28, 2008

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered on an appeal from another court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).